**SAO**
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Telephone No. (702) 405-8100
Fax No. (702) 405-8101

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, an individual, | CASE NO: 2:14-cv-01835-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| CITY OF BOULDER CITY, a political subdivision of the STATE OF NEVADA; DAVE OLSEN, individually and in his capacity as City Attorney of Boulder City; ROGER ROBLER, individually and in his capacity as Mayer of Boulder City; CAM WALKER, ROD WOODBURY, PEGGY LEAVITT, and DUNCAN MCCOY, individually and in their capacities as City Councilmembers, | **(First Request)**<br><br>**Date Requested: July 20, 2015** |
| Defendants. | |

COMES NOW, Plaintiff THOMAS W. FINN, by and through his attorney of record, Sean P. Flanagan, Esq., of Flanagan Ltd., and Defendants CITY OF BOULDER CITY, a political subdivision of the STATE OF NEVADA; DAVE OLSEN, individually and in his capacity as City Attorney of Boulder City; ROGER ROBLER, individually and in his capacity as Mayor of Boulder City; CAM WALKER, ROD WOODBURY, PEGGY LEAVITT, and DUNCAN MCCOY, individually and in their capacities as City Councilmembers, by and through their attorney of record, JEFFREY I. PITEGOFF, ESQ. of Morris, Sullivan, Lemkul & Pitegoff, LLP., hereby stipulate and agree that Defendants be allowed up to and including **July 20, 2015** to file their responsive pleadings to Plaintiff's First Amended Complaint in the above-

1  captioned matter. The parties are requesting this extension of time because they are currently in
2  negotiation to dismiss certain claims in this case, such as the Age Discrimination Act.
3  Furthermore, Defendant's counsel is currently involved in a series of depositions due to
4  conflicting vacation schedules.

6  DATED this 10th day of July, 2015

7  MORRIS, SULLIVAN, LEMKUL                    FLANAGAN, LTD
   & PITEGOFF , LLP

9  /s/ Jeffrey I. Pitegoff                    /s/ Sean Flanagan
   Jeffrey I. Pitegoff, Esq.                  Sean P. Flanagan, Esq.
   Nevada Bar Number 5458                     Nevada Bar Number 5304
   3770 Howard Hughes Pkwy. Ste 170           7251 West Lake Mead Blvd., Ste. 300
   Las Vegas, NV  89169                       Las Vegas, NV 89128
   (702) 405-8100                             Tel: (702) 562-4111
   *Attorney for Defendants*                  *Attorney for Plaintiff*

IT IS HEREBY ORDERED that Defendants are allowed up to and including July 20, 2015 to file their responsive pleadings to Plaintiff's Complaint in the above-captioned matter.

DATED this 13th day of July, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 10th day of July 2015.

                              MORRIS, SULLIVAN, LEMKUL &
                              PITEGOFF, LLP

                              /s/ Jeffrey Pitegoff
                              JEFFREY I. PITEGOFF, ESQ.
                              Nevada Bar No. 005458
                              3770 Howard Hughes Parkway, Suite 170
                              Las Vegas, NV  89169
                              *Attorney for Defendants*