# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01835-JAD-GWF |
| vs. | ) **ORDER** |
| CITY OF BOULDER CITY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Compel Responses to Discovery Requests (ECF No. 52), filed on June 15, 2016.

The meet and confer requirements in Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule ("LR") 26-7(c) require the moving party to confer or attempt to confer in person, or at least by telephone, with the opposing party in a good faith effort to resolve the discovery dispute prior to filing a motion to compel. *Shuffle Master v. Progressive Games*, 170 F.R.D. 166, 171 (D.Nev. 1996); *Walker v. North Las Vegas Police Depart.*, 2016 WL 427063, *2 (D.Nev. Feb. 3, 2016). Furthermore, LR 26-7(c) provides that the movant should include a declaration that sets forth the details and results of the meet-and-confer conference. Here, Plaintiff's counsel included a boilerplate certification regarding his meet-and-confer attempts and failed to provide a declaration. Since there is no adequate certification, the Court will not schedule this matter for a hearing. However, the Court will allow Plaintiff to supplement his Motion with a proper declaration that sets forth, in detail, the attempts made and results of the meet-and-confer conference. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Plaintiff has until **Friday, June 24, 2016** to provide the Court with a declaration that complies with LR 26-7(c).

DATED this 20th day of June, 2016.

                                                                      _____
GEORGE FOLEY, JR.
United States Magistrate Judge