# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01835-JAD-GWF |
| vs. | ) **ORDER** |
| CITY OF BOULDER CITY, *et al.*, | ) |
| Defendants. | ) |

On August 30, 2016, the Court conditionally denied Plaintiff's Motion to Compel Discovery Requests. *See Order* (ECF No. 66). The Court reserved its final ruling because it wanted to ensure that the minutes from the November 27, 2012 closed meeting were authentic. On September 12, 2016, Defendants submitted an Affidavit of Lorene Krumm. The Affidavit represents that the minutes "are a true and correct copy of those [she] prepared subsequent to the November 27, 2012 meeting of the City Council." *Affidavit of Lorene Krumm* (ECF No. 67), 2:17–18. Based on these representations, the Court's concerns are alleviated and will therefore deny Plaintiff's Motion to Compel Responses to Discovery Requests (ECF No. 52). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Responses to Discovery Requests (ECF No. 52) is **denied**.

DATED this 19th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge