# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01835-JAD-GWF |
| vs. | ) **ORDER** |
| CITY OF BOULDER CITY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Emergency Motion for Protective Order and Sanctions (ECF No. 80), filed on February 1, 2017. Plaintiff filed a Response (ECF No. 81) on February 1, 2017.

Having reviewed Defendants' motion, Plaintiff's response and the exhibits attached thereto, the Court cannot conclude that Plaintiff Finn did in fact intimidate the witness or that the Court should intervene at this juncture. The Court expects parties, counsel and witnesses to conduct themselves in an appropriate manner during depositions and at all other times. If Defendants wish to refile a motion for sanctions after the conclusion of Mr. Matarese's deposition, they may do so. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Emergency Motion for Protective Order and Sanctions (ECF No. 80) is **denied**, without prejudice.

DATED this 2nd day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge