# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01835-JAD-GWF |
| vs. | ) **ORDER** |
| CITY OF BOULDER CITY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' Stipulation and Order to Extend Discovery Deadlines (Seventh Request) (ECF No. 83), filed on February 8, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Extend Discovery Deadlines (Seventh Request) (ECF No. 83) is **granted**. However, because the parties have had a considerable amount of time to conduct discovery in this case, absent extraordinary circumstances, no further extensions of discovery in this matter will be considered.

**IT IS FURTHER ORDERED** that the following discovery deadlines are now in effect:

1. Close of Discovery:   April 17, 2017
2. Dispositive Motions:   May 17, 2017
3. Pretrial Order:   June 16, 2017

DATED this 10th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge