# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01835-JAD-GWF |
| vs. | ) **ORDER** |
| CITY OF BOULDER CITY, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on non-party George Knapp's ("Knapp") Motion to Quash Subpoena (ECF No. 86), filed on March 10, 2017. Defendants' filed a Response (ECF No. 88) on March 24, 2017 and Knapp filed a Reply (ECF No. 90) on March 31, 2017. The Court conducted a hearing in this matter on April 5, 2017.

For the reasons stated on the record during the April 5, 2017 hearing, the Court granted Knapp's motion to quash as well as his request for fees and costs. Therefore, the following briefing schedule shall apply:

1.  Counsel for non-party George Knapp shall, no later than 15 days from entry of this order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in the motions addressed in this order. The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work. The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that

the fees and costs charged are reasonable.

2.  Counsel for Defendants shall have 14 days from service of the memorandum of costs and attorney's fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

3.  Counsel for non-party George Knapp shall have 7 days from service of the responsive memorandum in which to file a reply.

**IT IS SO ORDERED.**

DATED this 5th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge