# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01835-JAD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| CITY OF BOULDER CITY, *et al.*, | )<br>) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Stay (ECF No. 100), filed on May 5, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay (ECF No. 100) is **granted**. Enforcement of the Court's Order (ECF No. 92) is stayed pending the District Judge's decision on Defendants' Objection (ECF No. 94).

DATED this 9th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge