JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Telephone No.: (702) 405-8100
Fax No.: (702) 405-8101
pitegoff@morrissullivanlaw.com

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BOULDER CITY, a political subdivision of the STATE OF NEVADA; DAVE OLSEN, individually and in his capacity as City Attorney of Boulder City; ROGER ROBLER, individually and in his capacity as Mayer of Boulder City; CAM WALKER, ROD WOODBURY, PEGGY LEAVITT, and DUNCAN MCCOY, individually and in their capacities as City Councilmembers,<br><br>Defendants. | CASE NO: 2:14-cv-01835-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANTS TO OPPOSE NEXSTAR MEDIA GROUP, INC. AND GEORGE KNAPP'S SUPPLEMENT TO MEMORANDUM OF ATTORNEY'S FEES AND COSTS**<br><br>**(First Request)** |

Defendants and non-party George Knapp ("Knapp"), by and through their respective undersigned counsel of record, hereby stipulate, agree, and make joint application to extend the date for Defendants to file an opposition to Knapp's Supplement to Memorandum of Attorney's Fees and Costs (ECF No. 134) filed on January 2, 2018 ("Supplement"). Defendants request a short extension from January 16, 2018 until Friday, January 26, 2018 to file an opposition. This is the first request in connection with the Supplement. Knapp shall be permitted to file a reply in support of the Supplement in accordance with LR 7-2(b). This request is based on the following: 1) Defendants' counsel had the flu for almost two weeks; and 2) Defendants' counsel and counsel for Mr. Knapp have been discussing a possible resolution with regard to the amount

of attorney's fees and costs Defendants will pay in connection with the Court's order granting fees and costs in connection with a subpoena issued to Knapp.

DATED this 17th day of January, 2018.

| | |
|---|---|
| **MORRIS SULLIVAN LEMKUL & PITEGOFF** | **McDONALD CARANO LLP** |
| /s/ Jeffrey Pitegoff | /s/ Kristen Gallagher |
| JEFFREY I. PITEGOFF, ESQ.<br>Nevada Bar No. 5458<br>3770 Howard Hughes Parkway, Suite 170<br>Las Vegas, NV 89169<br>*Attorney for Defendans* | KRISTEN T. GALLAGHER, ESQ.<br>Nevada Bar No. 9561<br>ADAM D. HOSMER-HENNER, ESQ.<br>Nevada Bar No. 12779<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>*Attorneys for Nexstar Media Group, Inc. and George Knapp* |

IT IS SO ORDERED.

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2018