1  JEFFREY I. PITEGOFF, ESQ.
   Nevada Bar No. 005458
2  PITEGOFF LAW OFFICE INC.
   Las Vegas, Nevada  89149
3  Telephone No.  (702) 808-7976
   jpitegoff@yandex.com
4  Attorney for Defendants

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| THOMAS W. FINN, an individual, | CASE NO: 2:14-cv-01835-JAD-GWF |
| Plaintiff, | |
| vs. | **Motion to Substitute Counsel** |
| CITY OF BOULDER CITY, a political subdivision of the STATE OF NEVADA; DAVE OLSEN, individually and in his capacity as City Attorney of Boulder City; ROGER TOBLER, individually and in his capacity as Mayor of Boulder City; CAM WALKER, ROD WOODBURY, PEGGY LEAVITT, and DUNCAN MCCOY, individually and in their capacities as City Councilmembers, | |
| Defendants. | |

Defendants (hereinafter "Boulder"), by and through its attorney, Jeffrey I. Pitegoff, Esq. of the law firm of PITEGOFF LAW OFFICE INC. move this Honorable Court for an Order granting this request to Substitute as Counsel.

## I.

## **MEMORANDUM IN SUPPORT OF SUBSTITUTION**

Attached hereto as Exhibit A is a Substitution of Counsel accepting the change in representation on behalf of Boulder sought herein.

## **CONCLUSION**

For the reasons expressed above, it is respectfully requested that this Honorable Court issue an Order granting the requested substitution.

DATED this 14th day of February, 2018.

**PITEGOFF LAW OFFICE INC.**

 /s/*Jeffrey I. Pitegoff*
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
7765 W. Rosada Way
Las Vegas, NV 89149
Tel: 702-808-7976
*Attorney for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 15, 2018

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of PITEGOFF LAW OFFICE INC. and that on this day, I personally served a true and correct copy of the attached by:

[ ]   U.S. Mail

[ x ]   CM-ECF Electronic filing system

[ ]   Facsimile Transmission

[ ]   Personal Service

Addressed to the following:

FLANAGAN, LTD.
Sean P. Flanagan
Nevada Bar Number 5304
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
*Attorney for Plaintiff*

Dated this 14th day of February, 2018.

　　　　　　　　　*/s/　　　　　Jeffrey Pitegoff*
　　　　　　　　　An Employee of PITEGOFF LAW OFFICE INC.

```
 1  JEFFREY I. PITEGOFF, ESQ.
    Nevada Bar No. 05458
 2  PITEGOFF LAW OFFICE
    7765 W. Rosada Way
 3  Las Vegas, Nevada 89149
    Telephone No. (702) 808-7976
 4  jpitegoff@yandex.com
 5  Attorneys for Defendant
 6
 7
 8                    UNITED STATES DISTRICT COURT
                          STATE OF NEVADA
 9
10  THOMAS W. FINN, an individual,        CASE NO: 2:14-cv-01835-JAD-GWF
11       Plaintiff,
12  vs.
                                          SUBSTITUTION OF COUNSEL
13  CITY OF BOULDER CITY, a political
    subdivision of the STATE OF NEVADA;
14  DAVE OLSEN, individually and in his
    capacity as City Attorney of Boulder City;
15  ROGER TOBLER, individually and in his
    capacity as Mayor of Boulder City; CAM
16  WALKER, ROD WOODBURY, PEGGY
    LEAVITT, and DUNCAN MCCOY,
17  individually and in their capacities as City
    Councilmembers,
18
         Defendants.
19
```

Jeffrey I. Pitegoff, Esq. of PITEGOFF LAW OFFICE, is hereby substituted in as counsel for Defendants, CITY OF BOULDER CITY, DAVE OLSEN, ROGER TOBLER, CAM WALKER, ROD WOODBURY, PEGGY LEAVITT and DUNCAN MCCOY in the above-entitled action, in place of MORRIS, SULLIVAN, LEMKUL & PITEGOFF.

All future correspondence, notices, and pleadings concerning CITY OF BOULDER CITY, DAVE OLSEN, ROGER TOBLER, CAM WALKER, ROD WOODBURY, PEGGY LEAVITT and DUNCAN MCCOY in the above-entitled action are to be directed to Jeffrey I.

Pitegoff, Esq. of PITEGOFF LAW OFFICE at 7765 W. Rosada Way, Las Vegas, NV 89149; Telephone: (702) 808-7976.

DATED this 14th day of February, 2018.

PITEGOFF LAW OFFICE

JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005058
7765 w. Rosada Way
Las Vegas, Nevada 89149

Christopher A. Turtzo, Esq. of MORRIS, SULLIVAN, LEMKUL & PITEGOFF hereby agree and consent to the substitution of Jeffrey I. Pitegoff, Esq., as attorney of record for Defendants, CITY OF BOULDER CITY, DAVE OLSEN, ROGER TOBLER, CAM WALKER, ROD WOODBURY, PEGGY LEAVITT and DUNCAN MCCOY in the above-entitled action.

DATED this 10 day of January, 2018.

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

CHRISTOPHER A. TURTZO, ESQ.
Nevada Bar No. 010253
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169

CITY OF BOULDER CITY, DAVE OLSEN, ROGER TOBLER, CAM WALKER, ROD WOODBURY, PEGGY LEAVITT and DUNCAN MCCOY hereby accept and consent to the substitution of Jeffrey I. Pitegoff, Esq. of PITEGOFF LAW OFFICE, as attorney of record for Defendants, CITY OF BOULDER CITY, DAVE OLSEN, ROGER TOBLER, CAM WALKER, ROD WOODBURY, PEGGY LEAVITT and DUNCAN MCCOY in the above-entitled action.

DATED this 29th day of January, 2018.

CITY OF BOULDER CITY

By: _____
Its: Acting City Attorney

# CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that service of the foregoing: **SUBSTITUTION OF COUNSEL** was made this ____ day of January, 2018, by:

[ ] **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ] **BY FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ] **BY PERSONAL SERVICE:** by causing personal delivery by an employee of MORRIS SULLIVAN LEMKUL & PITETGOFF of the document(s) listed above to the person(s) at the address (es) set forth below.

[X] **BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic CM-ECF filing services the document(s) listed above to the Counsel set forth below on this date pursuant to FRCP Rules.

Sean Flanagan, Esq.
FLANAGAN, LTD.
10223 Rarity Avenue
Las Vegas, NV 89135
*Attorney for Plaintiffs*

_____
An Employee of PITETGOFF LAW OFFICE