MICHAEL M. EDWARDS
Nevada Bar No. 6281
JILLIANE A. JACKSON
Nevada Bar No. 15573
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone: (702) 363-5100
Facsimile:  (702) 363-5101
Email: medwards@messner.com
Email: jjackson@messner.com
*Attorneys for Defendants*
*CITY OF BOULDER CITY*

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS FINN, an individual, | Case No.: 2:14-cv-01835-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER FOR APPEARANCE OF JUDGMENT DEBTOR** |
| CITY OF BOULDER CITY, et al., | |
| Defendants. | |

Good Cause Appearing,

IT IS HEREBY ORDERED that you, THOMAS FINN, appear before this Court on the 20th day of June, 2022 at 9:00 a.m., at the law firm Messner Reeves, LLP, located at 8945 W. Russell Road, Suite 300, Las Vegas, Nevada 89148, with regard to Judgment entered against you, to answer questions under Oath concerning your assets.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{06341851 / 1}

1

Thomas Finn v. City of Boulder City, et al.<br>
Order for Appearance of Judgment Debtor<br>
Case No. 2:14-cv-01835-JAD-GWF

YOU ARE TO BRING with you to your appearance, copies of any and all documents outlined in Exhibit #1, attached hereto.  Examining counsel shall be allowed to make copies of any documents identified in this order and brought with Debtor to the ordered appearance.

YOUR FAILURE TO APPEAR AT THE TIME SET FORTH COULD RESULT IN AN ORDER TO SHOW CAUSE TO BE ISSUED TO EXPLAIN YOUR FAILURE TO APPEAR AND TO DISCLOSE YOUR ASSETS.

DATED this 10th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MESSNER REEVES LLP

*/s/ Michael M. Edward*\_\_\_\_\_
MICHAEL M. EDWARDS
Nevada Bar No. 6281
JILLIANE A. JACKSON
Nevada Bar No. 15573
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone: (702) 363-5100
Facsimile:  (702) 363-5101
Email:  medwards@messner.com
*Attorneys for Plaintiff Judgement Creditor,
City of Boulder City*

Thomas Finn v. City of Boulder City, et al.
Order for Appearance of Judgment Debtor
Case No. 2:14-cv-01835-JAD-GWF

# **EXHIBIT 1**

*To Order for Appearance of Judgment Debtor*

**YOU ARE REQUIRED TO BRING THE FOLLOWING DOCUMENTS WITH YOU:**

1. Copies of all titles to all vehicles owned by Plaintiff/Judgment Debtor;

2. Identification of any and all accounts at all financial institutions where Plaintiff/Judgment Debtor banks, including the name of the financial institution, its location, the account number(s) at each institution, and the name of the individual and/or entity the account is in;

3. A copy of the Plaintiff/Judgment Debtor's tax returns for the previous three years;

4. A copy of Plaintiff/Judgment Debtor's banking records from any financial institution for the previous six (6) months;

5. A list of all debts owed to any other person by Plaintiff/Judgment Debtor;

6. A list of all real property owned by Plaintiff/Judgment Debtor, including the property address, where the property is located, whether the property is subject to any liens, and the amount of any such liens;

7. A copy of Plaintiff/Judgment Debtor's pay stubs for the last six (6) months;

8. The name, location, and address of Plaintiff/Judgment Debtor's current employer; and

9. Any and all business and/or companies Plaintiff/Judgment Debtor has an ownership interest in.