MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
JILLIANE A. JACKSON, ESQ.
Nevada Bar No. 15573
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
E-Mail: jjackson@messner.com
*Attorneys for Defendants*
CITY OF BOULDER CITY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS FINN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOULDER CITY, et al,<br><br>Defendant. | Case No.: 22:14-cv-01835-JAD-GWF<br><br>**NOTICE TO VACATE JUDGMENT DEBTOR EXAMINATION** |

Defendant, City of Boulder City, by and through its undersigned counsel, hereby notify the Court that Plaintiff, Thomas Finn and City of Boulder City have entered into a settlement of this case. In light of the settlement of the action, this Defendant hereby requests that the Judgment Debtor Examination on June 20, 2022 [ECF No. 175] be vacated.

DATED this 16th day of June 2022

MESSNER REEVES, LLP

*/s/Michael M. Edwards*
MICHAEL M. EDWARDS
Nevada Bar No. 6281
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
*Attorneys for Defendant*

IT IS SO ORDERED.

[signature]

U.S. MAGISTRATE JUDGE

Dated: June 17, 2022

{06487324 / 1}